**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**JAN 1 3 2011**

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  **4·11CR0011SNLJ** |
| | ) |
| MARRION DOTSON, | ) |
| LARRY NEWMAN, and | ) |
| MYRON KIMBLE, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 21, 2010, to November 22, 2010, in the Eastern District of

Missouri,

**MARRION DOTSON,
LARRY NEWMAN, and
MYRON KIMBLE,**

the Defendants herein, acting together, did knowingly and wilfully seize, confine, kidnap, abduct,

or carry away two juvenile females who were thereafter transported in interstate commerce from

Missouri to Illinois, while so seized, confined, kidnaped, abducted and held for a benefit or other

reason.

In violation of Title 18, United States Code, Sections 2 and 1201(a)(1).

## COUNT TWO

The Grand Jury further charges that:

On or about November 21, 2010, to November 22, 2010, in the Eastern District of

Missouri,

## MARRION DOTSON,
## LARRY NEWMAN, and
## MYRON KIMBLE,

the Defendants herein, acting together, during and in relation to the crime of violence named in

Count One, to wit: kidnaping, did use or carry a firearm, or who in furtherance of that crime of

violence, did possess a firearm.

In violation of Title 18, United States Code, Sections 2 and 924(c).

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

THOMAS J. MEHAN, #12736
Assistant United States Attorney